UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CRIMINAL NO. 06-20234-2

-vs-                                            HON. JOHN CORBETT O'MEARA

D-1    LABARON WARDLAW,
D-2    AHMAD KHILIA DANIELS,

        Defendants.
_____/

## ORDER DENYING DEFENDANT DANIELS' MOTION FOR BOND, SETTING MOTION CUT-OFF DATE AND ADJOURNED TRIAL DATE

This matter having come before this Court on Defendant Daniels' Motion for Bond, Motion to Adjourn Trial Date, Motion to Extend Motion Cut-off Date, and Motion for Discovery, and the Court having heard arguments from counsel for Defendant Daniels and counsel for the government on July 10, 2006, and Counsel for Defendant Wardlaw having concurred with the motion to adjourn trial date:

IT IS HEREBY ORDERED that Defendant Daniels' Motion for Bond is Denied; Defendant Daniels' Motion to Adjourn Trial Date and Extend Motion Cut-Off is Granted; Defendant's Daniels' Motion for Discovery is Granted, with the concurrence of the government;

IT IS FURTHER ORDERED that August 22, 2006, is the motion cut-off date for both Defendant Daniels and Defendant Wardlaw; Trial will be held on September 19, 2006;

IT IS FURTHER ORDERED that the time from July 11, 2006 through September 19, 2006, shall be excludable delay pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(iv) because not granting such a continuance would unreasonably deny the Defendants effective assistance of counsel

and would deny defense counsel the reasonable opportunity to consult with Defendants for effective resolution of the case.

> IT IS SO ORDERED

> s/JOHN CORBETT O'MEARA
> United States District Court Judge

Date: July 13, 2006